# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE TAYLOR,<br><br>      Plaintiff,<br><br>  v.<br><br>THE GEO GROUP, INC., et al.,<br><br>      Defendants. | Case no.: 1:16-cv-01484 - JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 12) |

On March 13, 2017, the plaintiff filed a notice of settlement as to all claims. (Doc. 12) Therefore, the Court **ORDERS**:

1. A stipulation to dismiss the action **SHALL** be filed no later than April 14, 2017;
2. All other pending deadlines, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **March 14, 2017**           **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE