Allyson K. Thompson, Bar No. 235933
athompson@kringandchung.com
KRING & CHUNG, LLP
38 Corporate Park
Irvine, CA 92606-5105
Telephone: (949) 261-7700
Facsimile: (949) 261-8800

Attorneys for Plaintiff
CHRISTINE TAYLOR

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE TAYLOR, | Case No. 1:16-CV-01484 JLT |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON** |
| vs. | |
| THE GEO GROUP, INC. dba GEO CALIFORNIA, INC., a Florida corporation; GEO CORRECTIONS AND DETENTION, LLC, a Florida limited liability company; and DOES 1 through 20, inclusive, | **(Doc. 14)** |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff CHRISTINE TAYLOR, and Defendants THE GEO GROUP, INC. dba GEO CALIFORNIA, INC. and GEO CORRECTIONS AND DETENTION, LLC, through their respective counsel of record and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that the Court dismiss the above-entitled complaint and matter, in their entirety, together with all named parties, with prejudice. Each party shall bear her/its own costs and attorneys' fees.

///

///



1   SO STIPULATED.

2

3   Dated:  March 16, 2017                    KRING & CHUNG, LLP

4

5                                              By: _____
                                                Allyson K. Thompson
6                                               Attorneys for Plaintiff
                                                CHRISTINE TAYLOR
7

8

9   Dated:  March _____, 2017                 LITTLER MENDELSON, P.C.

10

11                                             By: _____
                                                Matthew E. Farmer
12                                              Natalie M. Jansen
                                                Attorneys for Defendants
13                                              GEO CORRECTIONS AND
                                                DETENTION, LLC
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



2
STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON

**ORDER**

The parties have stipulated to dismiss this matter (Doc. 14) and, in doing so, rely upon Federal Rules of Civil Procedure Rule 41(a). Federal Rules of Civil Procedure 41(a)(1) provides, "the plaintiff may dismiss an action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared.". . ." Fed. R. Civ. P. 41(a). Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Thus, the Clerk of Court is DIRECTED to close this action in light of the stipulation as dictated by Rule 41(a).

IT IS SO ORDERED.

Dated:   **March 30, 2017**            /s/ Jennifer L. Thurston
                                UNITED STATES MAGISTRATE JUDGE



STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON